# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| The United States of America | vs | 1.08 Acres of Land et al | No. | 08cv290 IEG (JMA) |
|---|---|---|---|---|

| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |
|---|---|---|---|---|---|

By order of the court, this case is to be reassigned to another Magistrate Court Judge; Case Related to 08cv142 IEG (AJB).

Assigned to:   Anthony J. Battaglia

New Case #:   08cv290 IEG (AJB)

**Please forward judge's court file to new assigned judge.**

Date:   February 14, 2008   Deputy:   s/ J. Jocson