KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140
Facsimile: (619) 557-5004
Email: thomas.stahl@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 08cv0290-IEG (JMA) |
| Plaintiff, | FIRST AMENDED COMPLAINT IN CONDEMNATION |
| v. | With Declaration of Taking |
| 1.08 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; EDGAR PRIDDY;  AND ALL OTHER INTERESTED PARTIES, | 40 U.S.C. § 3114 |
| Defendants. | |

1.      This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acting Executive Director, Asset Management, of U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The authority for the taking of the land is under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

4.      The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof.

5.    A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof. A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

6.    The interest(s) being acquired in the property is described in Schedule "E" attached hereto and made a part hereof.

7.    The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8.    Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and exigible.

9.    In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: February 15, 2008                     Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney

                                             s/ Tom Stahl


                                             TOM STAHL
                                             Assistant U.S. Attorney
                                             Chief, Civil Division
                                             Attorneys for Plaintiff

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

Pl's First Amended Cpt. 08cv0290

1

SCHEDULE "C"
LEGAL DESCRIPTION

2

3        A portion of the tract of land currently used as a right of way and

4    identified on the attached Schedule "D", situate in Section 11, Township

5    18S, Range 8E, San Bernardino Principle Meridian, County of San Diego, State

     of California; the entire tract is also known as Assessors Parcel Number
6
     6610800400, San Diego County, California.
7
     Containing 1.08 acres, more or less, for the portion taken.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "D"



A portion of the tract of land currently used as a right of way situate in Section 11, Township 18S, Range 8E, San Bernardino Principle Meridian, County of San Diego, State of California; the entire tract is also known as Assessors Parcel Number 6610800400, San Diego County, California.

Containing 1.08 acres, more or less, for the portion taken.

— PROPOSED TAKING (Acquisition)

6                    Pl's First Amended Cpt. 08cv0290

SCHEDULE "E"
ESTATE TAKEN

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 180 days later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule "C" to survey, make borings, and conduct other investigatory work for the purposes described in Schedule "B" and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

Pl's First Amended Cpt.  08cv0290

1

SCHEDULE "G"

2

NAMES AND ADDRESSES OF PURPORTED OWNERS:

3

Edgar Priddy
Box 964

4

Brawley, CA 92227

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25